**BENEDICT AND ALTMAN**
247 Livingston Avenue
New Brunswick, New Jersey 08901
(732) 745-9000
Attorneys for Defendant, Steven Zavidow

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| UNITED STATES OF AMERICA | : HONORABLE KATHARINE S. HAYDEN |
| vs. | : CASE NO. 2:2011-cr-220 (KSH) |
| STEVEN ZAVIDOW | ORDER TO ALLOW DEFENDANT TO INCUR EXPENSES FOR AN APARTMENT AND A CAR |

THIS MATTER having been brought before the above-named Court, upon the application of Joseph J. Benedict, Esq., of the law firm of Benedict and Altman, attorneys for defendant Steven Zavidow, in the above captioned matter, for an Order allowing defendant to incur expenses for an apartment and car, so long as his net income permits him to pay required monthly restitution, Assistant United States Attorney Anthony Muscato, attorney for the plaintiff, United States of America on behalf of the United States Attorney's Office, and Probation Officer Jamal Dorsey having no objection, and for good cause shown,

IT IS on this 7 day of May, 2013,

ORDERED that Defendant Steven Zavidow is hereby permitted to incur the expense to rent an apartment and for a car, so long as his net income permits him to pay the required monthly restitution payments

HON. KATHARINE S. HAYDEN